| | |
|---|---|
| KEVIN C. UMPHREYVILLE,           ) <br>         Plaintiff,                  ) <br>                                     ) <br> v.                              ) <br>                                     ) <br>                                     ) <br>                                     ) <br> THE UNITED STATES DISTRICT    ) <br> COURT FOR THE WESTERN          ) <br> DISTRICT OF VIRGINIA,              ) <br> HARRISONBURG DIVISION and THE  ) <br> U.S. FOURTH CIRCUIT OF APPEALS,  ) <br>         Defendants.               ) | **JUDGMENT** <br><br> No. 5:12-CV-635-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Judgment on the Pleadings is ALLOWED and Plaintiff's claims are DISMISSED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on June 12, 2013, and Copies To:**

Kevin C. Umphreyville (103 Chalmette Court, Cary, NC 27513)
Edward D. Gray (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE <br> June 12, 2013 | JULIE A. RICHARDS, CLERK <br> /s/ Susan K. Edwards <br> (By) Susan K. Edwards, Deputy Clerk |